# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **KAMRAN MAJEED**, | |
| Plaintiff, | Case No.  18-cv-10784 |
| | Hon. Judge Bernard A. Friedman |
| v. | |
| **CHRISTOPHER WRAY**, Director of the Federal Bureau of Investigation, in his official capacity; | |
| **CHARLES H. KABLE,** Director of the Terrorist Screening Center; in his official capacity; | |
| **DEBORAH MOORE**, Director, Transportation Security Redress (OTSR), Transportation Security Administration (TSA), United States Department of Homeland Security (DHS), and Director of the DHS Traveler Redress Inquiry Program (DHS TRIP); in his official capacity; | |
| **NICHOLAS J. RASMUSSEN**, Director of the National Counterterrorism Center, in his official capacity; | |
| **DAVID P. PEKOSKE**, Administrator, Transportation Security Administration (TSA), United States Department of Homeland Security (DHS); in his official capacity; | |
| **KEVIN K. MCALEENAN**, Acting Commissioner United States Customs and Border Protection; in his official capacity, and, | |
| Defendants. | |

## NOTICE REGARDING NEW FACTUAL DEVELOPMENTS
## BEARING ON THE SCOPE OF EMERGENCY RELIEF SOUGHT

1

Plaintiffs, by and through the undersigned counsel, hereby file this Notice to inform the Court of recent factual developments bearing on the scope of the emergency relief sought. Since the filing of the complaint, there have been two significant factual developments. First, the Defendants have issued a letter to Plaintiffs' counsel which indicates that they will allow him to board a flight back to the United States if that flight meets certain conditions. Attached as Exhibit A, this March 20, 2018 letter amounts to a concession that the Plaintiff is not too dangerous to board a flight back to the United States and acknowledges that the federal government intends to allow him, eventually, to fly home to Michigan to be reunited with his four-year-old US citizen son and his US citizen wife. Second, Plaintiff has purchased—after Western Union impounded funds wired to him, likely as an automated result of his watchlisting—a flight departing Pakistan on March 28, 2018 that complies with all conditions the defendants set out in their letter, aside from the two-week advance notice defendants sought. Plaintiff has already provided this flight to the defendants, attached as Exhibit B, so the defendants have been given one-week notice of his flight.

This March 28th flight is the last date the plaintiff can leave Pakistan and arrive in the United States before he is subject to a government-imposed presumption that he has abandoned his lawful permanent resident status, which puts him at risk for arrest and deportation, and a government-imposed presumption that he has broken his continuous presence in the United States, which imperils his naturalization application.

These two factual developments have narrowed the dispute insofar as the defendants have indicated that they will allow Kamran Majeed to board a flight to the United States. However, Plaintiff seeks emergency relief to compel the defendants to allow him to board his March 28th flight, while the defendants seek to impose a two-week advance notice requirement that, in this

particular situation, would impose on Plaintiff a presumption that he has abandoned his green card and imperil his naturalization application. Additionally, because defendants can use Plaintiff's time abroad as an excuse to deny him entry, Plaintiff seeks emergency relief compelling the defendants to allow him to enter the United States on his green card.

                Respectfully submitted,

                CAIR LEGAL DEFENSE FUND

                BY:    /s/ GADEIR ABBAS
                LENA F. MASRI (DC: 1000019)
                GADEIR I. ABBAS (VA: 81161) ±
                AHMED M. MOHAMED (LA: 36590)
                453 New Jersey Ave, SE
                Washington, DC 20003
                Phone: (202) 488-8787
                *Counsel for Plaintiff*

                *±Licensed in VA, not in D.C. Practice limited to federal matters*

                CAIR-Michigan

                BY: /s/ Amy Doukoure
                AMY DOUKOURE (MI: P80461)
                30201 Orchard Lake Road, Suite 260
                Farmington Hills, MI 48334
                Phone: (248) 559-2247

Date: March 22, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the foregoing by using the Court's ECF system. I further certify that all participants in the case are registered ECF users and will be electronically served by the Court's ECF notification system.

                                          CAIR LEGAL DEFENSE FUND

                                          BY:     /s/ GADEIR ABBAS
                                          GADEIR I. ABBAS (VA: 81161) ±
                                          453 New Jersey Ave, SE
                                          Washington, DC 20003
                                          Phone: (202) 488-8787
                                          *Counsel for Plaintiff*

                                          *±Licensed in VA, not in D.C. Practice limited to federal matters*