UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kamran MAJEED,

    Plaintiff,

v.                              CIVIL NO. 2:18-CV-10784-BAF

Christopher WRAY, *et al.*,

    Defendants.

_____/

## DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION

Defendants Christopher Wray, *et al.*, in their official capacities, respectfully request that the Court grant them an extension of the page limit for their opposition to Plaintiff's emergency motion for a temporary restraining order, pursuant to the Local Rules and Practice Guidelines, LR 7.1.(d)(3). This request is necessitated by the lengthy arguments made by Plaintiff in his opening brief, which is 40 pages long. Defendants respectfully seek 40 pages for their opposition, which is commensurate with the page expansion granted to Plaintiff. Plaintiff's counsel advised that Plaintiff does not oppose this motion.

For the foregoing reasons, Defendants request that the Court permit them to file an opposition to Plaintiff's motion for a temporary restraining order of 40 pages or fewer.

March 22, 2018               Respectfully submitted,


                                  CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Brigham Bowen
BRIGHAM J. BOWEN
AMY E. POWELL
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7108
Washington, D.C. 20530
Tel.:   (202) 514-6289
Fax:    (202) 616-8470
Email: Brigham.bowen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 22nd of March, 2018.

/s/ Brigham J. Bowen
BRIGHAM J. BOWEN

March 22, 2018