UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KAMRAN MAJEED**,

    Plaintiff,

v.

**CHRISTOPHER WRAY**, Director of the
Federal Bureau of Investigation,
in his official capacity; et al.,

    Defendants.

**Case No. 18-cv-10784**
**Hon. Bernard A. Friedman**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), please take notice that, no answer or motion for summary judgment having been served in the above-entitled action, this action is **dismissed without prejudice**.

| | |
|---|---|
| Dated: April 23, 2018 | CAIR LEGAL DEFENSE FUND |
| | BY:  /s/ Lena F. Masri |
| | LENA F. MASRI (MI: P73461) α |
| | GADEIR I. ABBAS (VA: 81161) α β |
| | CAROLYN M. HOMER (DC: 81161) α |
| | AHMED MOHAMED (LA: 36590)*α |
| | 453 New Jersey Ave, SE |
| | Washington, DC 20003 |
| | Phone: (202) 488-8787 |

1

CAIR MICHIGAN

BY:   /s/ Amy Doukoure
AMY DOUKOURE (MI: P80461) α
30201 Orchard Lake Road, Suite 260
Farmington Hills, MI 48334
Phone: (248) 559-2247

*Counsel for Plaintiff*

α *Admitted to practice in this Court*
β *Licensed in VA, not in D.C. Practice limited to federal matters*
*\*Licensed in LA, not in D.C. Practice limited to federal matters*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ Ahmed Mohamed